NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

FEB 26 2025

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LEOBARDO MORALES-RAMIREZ, <br><br> Petitioner - Appellant, <br><br> v. <br><br> M. ARVIZA, <br><br> Respondent - Appellee. | No. 24-3681 <br><br> D.C. No. 1:23-cv-00711-HBK <br><br> MEMORANDUM* |

Appeal from the United States District Court
for the Eastern District of California
Helena M. Barch-Kuchta, Magistrate Judge, Presiding**

Submitted February 18, 2025***

Before:  SILVERMAN, WARDLAW, and DESAI, Circuit Judges.

Federal prisoner Leobardo Morales-Ramirez appeals pro se from the district

court's order dismissing his petition for a writ of habeas corpus under 28 U.S.C.

---

\*  This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*  The parties consented to proceed before a magistrate judge.  *See* 28 U.S.C. § 636(c).

\*\*\*  The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

§ 2241. We have jurisdiction under 28 U.S.C. § 1291. Reviewing de novo, *see Lane v. Swain*, 910 F.3d 1293, 1295 (9th Cir. 2018), we affirm.

Morales-Ramirez contends that the Bureau of Prisons ("BOP") miscalculated his good conduct time and wrongly denied him earned time credits under the First Step Act ("FSA"). As the district court correctly concluded, the BOP accurately calculated Morales-Ramirez's release date. The record shows that he lost 859 days of good conduct time—not 286 days, as Morales-Ramirez argues—due to numerous disciplinary violations. *See* 18 U.S.C. § 3624(b)(1); 28 C.F.R. § 541.3. Moreover, Morales-Ramirez is ineligible for application of earned time credits under the FSA because he is subject to a final order of removal. *See* 18 U.S.C. § 3632(d)(4)(E).

Morales-Ramirez's argument that he is entitled to reimbursement of $500 in fines imposed by the BOP in disciplinary sanctions is based on a misunderstanding of the applicable regulations and program statements.

**AFFIRMED.**